## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| JAYDEN STAR LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEN CRAFT INC. and<br><br>DOES 1–10, inclusive,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:16-cv-00064-MAC |

## JOINT MOTION FOR DISMISSAL

Plaintiff Jayden Star LLC ("Jayden Star") and Defendant Ken Craft Inc. ("Ken Craft"), (collectively, "the Moving Parties") hereby jointly move, based upon a settlement, pursuant to Federal Rule of Civil Procedure 41(a)(2) for an order dismissing Jayden Star's claims against Ken Craft with prejudice. The Moving Parties further request that the Court retain jurisdiction of the matter for 120 days to oversee resolution of the matter pursuant to the parties' written settlement of this matter.

- 1 -

- 2 -

Respectfully submitted,

DATED: July 26, 2016

    Attorneys for Plaintiff JAYDEN STAR LLC

    By   */s/Lisa Martens*
    LISA MARTENS
    MICHAEL MURPHY
    JESSE A. SALEN
    SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP 12275 El Camino Real, Suite 200
    San Diego, California 92130-2006
    Telephone: (858) 720-8900
    Facsimile: (858) 509-3691

    ERIC H. FINDLAY
    FINDLAY CRAFT PC
    102 N. College Avenue, Suite 900
    Tyler, Texas 75702
    Telephone: (903) 534-1100
    Facsimile: (903) 534-1137

DATED: July 26, 2016

    Attorneys for Defendant KEN CRAFT INC

    By   */s/Randall Garteiser*
    RANDALL GARTEISER
    GARTEISER HONEA
    119 W Ferguson St
    Tyler, TX 75702-7203

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 1, 2016.

                                                 */s/Lisa Martens*
                                                 LISA MARTENS