| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAYDEN STAR, LLC, §
§
       Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:16-CV-64
§
KEN CRAFT, INC., §
§
       Defendant. §

## ORDER OF DISMISSAL

The parties' Joint Motion for Dismissal (#25) is GRANTED. Accordingly, all claims asserted in this suit by Plaintiff Jayden Star, LLC, against Defendant Ken Craft, Inc. are DISMISSED with prejudice. The parties shall bear their own costs and attorneys' fees. Further, pursuant to the agreement of the parties, the court will retain jurisdiction of the matter for 120 days to oversee resolution of the case consistent with the parties' written settlement agreement.

SIGNED at Beaumont, Texas, this 28th day of July, 2016.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE